UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| TROY LOFTIN, Individually and | ¤ | |
| as Administrator of the Estate of | ¤ | |
| George C. Loftin, and on behalf of | ¤ | |
| Winona Y. Loftin, Sondra D. Nelson, | ¤ | |
| and Stephanie Hilton | ¤ | NO. 4:03-cv-4095 |
| Plaintiff | ¤ | Judge Harry Barnes |
| | ¤ | |
| VS. | ¤ | Jury Demanded |
| | ¤ | |
| ROBINSON VAN-VUREN | ¤ | |
| ASSOCIATES, INC. | ¤ | |
| Defendant | ¤ | |

## ORDER OF DISMISSAL WITH PREJUDICE

_____On this day came on to be presented a Joint Motion to Dismiss (Documents No. ) in the above referenced cause; after consideration of said Motion, and other matters, the Court doth find:

The parties herein agreed to settle this cause of action in June of 2005. Pursuant to said agreement, the Court entered a Judgment (Document No. 26) dismissing this cause of action subject to the terms of the settlement agreement of the parties.

The parties have now concluded the settlement and have filed a Joint Motion to Dismiss requesting the Court to reopen this cause of action and enter an Order dismissing it with prejudice. The Court finds that said Joint Motion to Dismiss is well taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that this cause of action be, and hereby is, dismissed with prejudice, with costs of Court to be paid by the party incurring the same.

SIGNED AND ENTERED this 21st day of March, 2006.


/s/ Harry F. Barnes
**Honorable Harry F. Barnes**
U.S. District Judge

APPROVED:


/s/ Michael B. Angelovich
**Michael B. Angelovich**
Attorney for Plaintiff

/s/ R. Gary Nutter
**R. Gary Nutter**
Attorney for Defendant